IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
1 - SOUTHERN DIVISION (Gulfport)

| UNITED STATES | PLAINTIFF |
|---|---|
| VERSUS | CRIMINAL NO: 1:14mj529 |
| AARON BLAKE BUCKLEY | DEFENDANT |

### NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____Sandra Doll_____ has been assigned as Probation Officer for Defendant _____Aaron Blake Buckley_____ and should be noticed of all future pleadings by adding as an Interested Party to said case.

### OR

### NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

CAROLYN M. ROMANO
CHIEF U.S. PROBATION OFFICER

By: *Sarah Mentore*   Sarah Mentore 2014.08.05 11:26:49 -05'00'